# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

**ELIZABETH BROWN**,

    Plaintiff,

vs.

**STEELCASE, INC.**,

    Defendant.

Case No. 1:23-cv-1221-JMB-PMG

HON. JANE M. BECKERING

---

| | |
|---|---|
| Kyle Singhal (Bar No. 1601108)<br>HOPWOOD & SINGHAL PLLC<br>Attorneys for Plaintiff<br>1701 Pennsylvania Ave., NW, Suite 200<br>Washington, DC 20006<br>(817) 212-9041<br>kyle@hopwoodsinghal.com | William H. Fallon (P33132)<br>MILLER JOHNSON<br>Attorneys for Defendant<br>45 Ottawa Avenue, SW, Suite 1100<br>P.O. Box 306<br>Grand Rapids, MI 49501-0306<br>(616) 831-1700<br>fallonw@millerjohnson.com |

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, by their undersigned attorneys, stipulate that this action shall be dismissed in its entirety, with prejudice, and with no award of costs or fees to either party.

| | |
|---|---|
| */s/ Kyle Singhal*<br>Kyle Singhal<br>Attorney for Plaintiff | */s/ William H. Fallon*<br>William H. Fallon (P33132)<br>Attorney for Defendant |
| Date: January 10, 2024 | Date: January 10, 2024 |

## ORDER

Based on the stipulation of the parties, IT IS SO ORDERED.

Date: January 10, 2024

        /s/ Jane M. Beckering
        Honorable Jane M. Beckering
        United States District Judge

MJ_DMS 37260144v1